**UNITED STATES of America, Appellee,**

v.

**Eric LAWRENCE, Appellant.**

No. 08–2138.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 27, 2009.

Filed: Dec. 4, 2009.

---

Patrick J. Reinert, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

John D. Jacobsen, Hallberg & Jacobsen, Cedar Rapids, IA, Eric Lawrence, Lexington, KY, for Appellant.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Eric Lawrence appeals the sentence the district court[1] imposed after revoking his supervised release, arguing that the 36-month prison term is unreasonable. Upon careful review, we conclude the revocation sentence is not unreasonable. *See* 18 U.S.C. § 3583(e)(3); U.S.S.G. § 7B1.4, cmt. n. 4 (establishing a sentence above the recommended revocation range may be warranted where the original sentence resulted from a downward departure as a reward for substantial assistance); *United States v. Eagle Thunder*, 553 F.3d 605, 608–09 (8th Cir.2009) (holding a revocation sentence above the advisory Guidelines range was not unreasonable where defendant repeatedly violated supervised release); *United States v. Tyson*, 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review).

We affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.